IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 4:24-CR-10

JAMES MICHAEL FISHER

## JUDGMENT

In accordance with the Court's December 23 order, Count Four of the Indictment against James Michael Fisher is dismissed. Because the jury found Fisher not guilty on all remaining counts of the Indictment, Fisher is acquitted and discharged, and any bond exonerated.

**SO ORDERED**, this 9th day of March, 2026.

_____
**DEBRA M. BROWN**
**CHIEF UNITED STATES DISTRICT JUDGE**